David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 JUN 28 PM 2:40
DISTRICT OF UTAH
MAIL

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| RAYMUNDO ORTIZ<br>INEZ ORTIZ,<br>    Debtor(s) | Bankruptcy No. 08-21515<br>(Chapter 7)<br>Judge Glen E. Clark |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

    ✔ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

    ____ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 106 | Check City<br>PO Box 970183<br>Orem, UT 84097 | $28.62 |

A check in the amount of $28.62 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED: June 24, 2010

                                  DAVID L. MILLER
                                  Chapter 7 Trustee